1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

9

10    CESAR PULIDO,                           Case No. EDCV 17-1949-AG (LAL)

11                          Petitioner,       **JUDGMENT**

12              v.

13    RAYMOND MADDEN, Warden,

14                          Respondent.

15

16

17        Pursuant to the Order Dismissing Second or Successive Habeas Corpus Petition,

18        IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

19

20

21    DATED: November 01, 2017        _____

22                                    HONORABLE ANDREW J. GUILFORD
                                      UNITED STATES DISTRICT JUDGE
23

24

25

26

27

28